UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KEVIN G. HUNT,**

    **Plaintiff,**

v.                                                **Case No: 5:12-cv-370-Oc-PRL**

**USA, J. TRAVIS, D.D.S , JOHN
CORADINI, D.D.S   and A.
KENDRICKS**

    **Defendants.**

## ORDER

On May 13, 2014, the Court conducted a telephonic status conference in this case. This Order confirms the following rulings made on the record during the conference:

1. Pursuant to Plaintiff's representation that he is no longer pursuing claims against Defendant J. Travis, D.D.S., Plaintiff's claims against Defendant J. Travis, D.D.S. are hereby **DISMISSED** without prejudice.

2. Plaintiff's motion for attorney's fees (Doc. 77) related to his motion to compel is **DENIED** without prejudice at this time.

3. Defendant Alison Kendrick's motion to extend response to requests for admissions (Doc. 79) is **GRANTED**. Alison Kendrick shall serve her response to Plaintiff's requests for admissions on or before **May 28, 2014**. The Court is making no determination at this time regarding the timeliness of the motion and whether issues should be deemed admitted.

4. Plaintiff's motion to withdraw his motion for sanctions (Doc. 81) is **GRANTED** and Plaintiff's motion for sanctions (Doc. 80) is **WITHDRAWN** and **DENIED** as moot.

- 2 -

  5. Defendant Alison Kendrick's *ore tenus* motion to extend case deadlines is **DENIED** without prejudice to renewal upon a showing that insurmountable communication issues persist between Alison Kendrick and her counsel.

  **DONE** and **ORDERED** in Ocala, Florida on May 13, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties